# Court of Appeals
# of the State of Georgia

ATLANTA,   July 01, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0413.  JACK GALARDI et al. v. CITY OF FOREST PARK et al.**

The City of Forest Park revoked the business and alcohol licenses of two restaurants/nightclubs owned by Jack Galardi.  Galardi and the businesses (collectively, "Galardi") applied for certiorari in the superior court, which affirmed the revocation.  The superior court rejected Galardi's argument that the city code that the businesses allegedly violated was unconstitutional.  Galardi now seeks discretionary review in this Court, claiming among other things that the superior court wrongly determined that the city code was constitutional.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question."  *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996); Ga. Const. of 1983, Art. VI, Sec. VI, Para. II.  Because this application involves a constitutional challenge to a city ordinance, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/01/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*